IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM SMITH,<br><br>                Plaintiff,<br><br>v.<br><br>MIKE HADDON et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-CV-451-RJS<br><br>Chief District Judge Robert J. Shelby |

Plaintiff has not responded to the October 7, 2020 order to within thirty days show cause why his case should not be dismissed for failing to file his certified six-month inmate account statement, as ordered. (ECF Nos. 3, 7.) Plaintiff was last heard from on July 2, 2020--more than five months ago--when he submitted an inadequate account statement. (ECF No. 5.)

**IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

        DATED this 10th day of December, 2020.

                BY THE COURT:

                CHIEF JUDGE ROBERT J. SHELBY
                United States District Court